Situated in the City of Fairview Park, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 4 in Thomas Lane Subdivision of part of Original Rockport Township Section No. 13 as shown by the recorded Plat in Volume 385 of maps, Page 83 of Cuyahoga County Records, as appears by said plat, be the same, more or less, but subject to all legal highways.

4065 Thomas Lane
Fairview Park, OH 44126

Permanent Parcel Number: 323-10-046

Deed Reference: Instrument Number 201712140567

EXHIBIT

_C_